IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION


UNITED STATES OF AMERICA,      )
        )
       Plaintiff,     )
        )
     v.      )     No.  2:10-cr-04041-FJG-1
        )
MICHAEL ROBERT RETTKE,      )
        )
       Defendant.    )


## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. #18 filed December 16, 2010) of United

States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty

to the Indictment is now accepted.  Defendant is adjudged guilty of such offense.  Sentencing will

be set by subsequent order of the court.


          /s/ Fernando J. Gaitan, Jr.
          Fernando J. Gaitan, Jr.
          Chief United States District Judge


Dated:   January 21, 2011
Kansas City, Missouri